# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| KEVIN M. KAPLAFKA JR., | : No. 52 MAP 2020 |
| | : |
| Appellant | : Appeal from the Order of the |
| | : Commonwealth Court dated |
| | : February 7, 2020 at No. 634 MD |
| v. | : 2018 |
| | : |
| | : |
| | : |
| PENNSYLVANIA STATE POLICE AND | : |
| LIEUTENANT COLONEL ROBERT | : |
| EVANCHICK, INDIVIDUALLY AND IN HIS | : |
| CAPACITY AS LIEUTENANT COLONEL | : |
| OF THE PENNSYLVANIA STATE POLICE | : |
| AND COLONEL TYREE C. BLOCKER, | : |
| INDIVIDUALLY AND IN HIS CAPACITY AS | : |
| COLONEL OF THE PENNSYLVANIA | : |
| STATE POLICE AND LIEUTENANT | : |
| COLONEL LISA  CHRISTIE INDIVIDUALLY | : |
| AND IN HER CAPACITY AS LIEUTENANT | : |
| COLONEL OF THE PENNSYLVANIA | : |
| STATE POLICE AND LIEUTENANT | : |
| WILLIAM M. BOWAN, INDIVIDUALLY AND | : |
| IN HIS CAPACITY AS LIEUTENANT OF | : |
| THE PENNSYLVANIA STATE POLICE | : |
| AND CAPTAIN MARGARET DROPINSKI, | : |
| INDIVIDUALLY AND IN HER CAPACITY | : |
| AS CAPTAIN OF THE PENNSYLVANIA | : |
| STATE POLICE AND CAPTAIN MAURICE | : |
| TOMLINSON, INDIVIDUALLY AND IN HIS | : |
| CAPACITY AS CAPTAIN OF THE | : |
| PENNSYLVANIA STATE POLICE AND | : |
| CAPTAIN JEREMY M. RICHARDS, | : |
| INDIVIDUALLY AND IN HIS CAPACITY AS | : |
| CAPTAIN OF THE PENNSYLVANIA | : |
| STATE POLICE, | : |
| Appellees | : |
| | : |

## **ORDER**

**PER CURIAM**                                    **DECIDED:  July 21, 2021**

    **AND NOW,** this 21st day of July, 2021, for purposes of this appeal, we will assume, but do not decide, that the Court has jurisdiction to decide it.  Finding that the substantive issues raised by Appellant lack merit, the Order of the Commonwealth Court is **AFFIRMED**.